962 So.2d 983 (2007)
James L. FERRARO, Appellant,
v.
Diane D. FERRARO, n/k/a Diane D. Deighton, Appellee.
No. 3D06-2361.
District Court of Appeal of Florida, Third District.
August 1, 2007.
*984 The Ferraro Law Firm, P.A., and Dino G. Galardi, Coral Gables, for appellant.
Kohlman Hernandez, P.A., and Robert F. Kohlman, Miami, for appellee.
Before GERSTEN, C.J., and GREEN, and RAMIREZ, JJ.
PER CURIAM.
Affirmed. See Murray v. Murray, 826 So.2d 1029 (Fla. 3d DCA 2001).